UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MONTE SILVER**
P.O. Box 12069
Herzliya Pituah
46733 Israel

and

**MONTE SILVER, LTD.**,
an Israel corporation
P.O. Box 12069
Herzliya Pituah
46733 Israel

    *Plaintiffs*

v.

**INTERNAL REVENUE SERVICE**
1111 Constitution Ave., NW
Washington, DC 20220

**UNITED STATES DEPARTMENT OF THE TREASURY**
1500 Pennsylvania Ave., N.W.
Washington, DC 20220

**CHARLES RETTIG**
Commissioner of the Internal Revenue
Commissioner of Internal Revenue 1111
Constitution Ave., NW
Washington, DC 20220

**STEVEN MNUCHIN**
United States Secretary of the Treasury
1500 Pennsylvania Ave., N.W.
Washington, DC 20220

    *Defendants*

Civil Action No.
_____