## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Monte Silver, et al.

**Plaintiff(s)**

Case No.: 1:20-cv-01544-CKK

vs.

Internal Revenue Service, et al.

**Defendant**

## AFFIDAVIT OF SERVICE

I, Louis Gerrick, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S):  Summons in a Civil Action and Complaint

SERVE TO:  Internal Revenue Service

SERVICE ADDRESS:  1500 Pennsylvania Avenue, NW, Washington, DC 20220

METHOD OF SERVICE:  Per COVID-19 service of process protocol. By mailing the documents listed herein to Internal Revenue Service at 1500 Pennsylvania Avenue, NW, Washington, DC 20220 on 6/26/2020 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7018 3090 0000 6834 3271. Service was delivered on 07/06/2020, per USPS.com - USPS Tracking Results attached.

I declare under penalty of perjury that this information is true.

7/20/2020
Executed On



Louis Gerrick

Client Ref Number: N/A
Job #: 1578864

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| MONTE SILVER and<br>MONTE SILVER, LTD.,<br>an Israel corporation<br><br>*Plaintiff(s)*<br>v.<br><br>INTERNAL REVENUE SERVICE;<br>UNITED STATES DEPARTMENT OF THE<br>TREASURY; CHARLES RETTIG ; STEVEN<br>MNUCHIN<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 20-cv-1544-CKK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Charles Rettig,
Internal Revenue Service,
1111 Consttitution Ave., NW,
Washington, D.C. 20220

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lawrence Marc Zell
14 Penn Plaza
225 West 34th Street, 9th Floor
New York, New York 10122
E-mail: mzell@fandz.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____06/22/2020_____    _____/s/ Mariela Cruz_____
*Signature of Clerk or Deputy Clerk*

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE CO…

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70183090000068343271

Remove ✕

Your item was delivered at 3:45 am on July 6, 2020 in WASHINGTON, DC 20220.

## ☑ Delivered

July 6, 2020 at 3:45 am
Delivered
WASHINGTON, DC 20220

Get Updates ⌄

Feedback

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Monte Silver, et al.

**Plaintiff(s)**

Case No.: 1:20-cv-01544-CKK

vs.

Internal Revenue Service, et al.

**Defendant**

## AFFIDAVIT OF SERVICE

I, Louis Gerrick, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons in a Civil Action and Complaint

SERVE TO: Steven Mnuchin, in his official capacity as United States Secretary of the Treasury

SERVICE ADDRESS: 1500 Pennsylvania Avenue, NW, Washington, DC 20220

METHOD OF SERVICE: Per COVID-19 service of process protocol. By mailing the documents listed herein to Steven Mnuchin, in his official capacity as United States Secretary of the Treasury at 1500 Pennsylvania Avenue, NW, Washington, DC 20220 on 6/26/2020 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7018 3090 0000 6834 3264. Service was delivered on 07/06/2020, per USPS.com - USPS Tracking Results attached.

I declare under penalty of perjury that this information is true.

7/20/2020
Executed On



Louis Gerrick

Client Ref Number: N/A
Job #: 1578862

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

Case 1:20-cv-01544-CKK Document 5 Filed 06/22/20 Page 3 of 6
Case 1:20-cv-01544-CKK Document 7 Filed 08/17/20 Page 5 of 12

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the

District of Connecticut

| | |
|---|---|
| MONTE SILVER and<br>MONTE SILVER, LTD.,<br>an Israel corporation<br><br>*Plaintiff(s)*<br><br>v.<br><br>INTERNAL REVENUE SERVICE;<br>UNITED STATES DEPARTMENT OF THE<br>TREASURY; CHARLES RETTIG ; STEVEN<br>MNUCHIN<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 20-cv-1544-CKK<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Steven Mnuchin
United States Department of Treasury,
1500 Pennsylvania Ave., NW
Washington, D.C.
20220

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Lawrence Marc Zell
14 Penn Plaza
225 West 34th Street, 9th Floor
New York, New York 10122
E-mail: mzell@fandz.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 06/22/2020

/s/ Mariela Cruz
*Signature of Clerk or Deputy Clerk*

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE CO…

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70183090000068343264

Remove ✕

Your item was delivered at 3:45 am on July 6, 2020 in WASHINGTON, DC 20220.

## ✓ Delivered

July 6, 2020 at 3:45 am
Delivered
WASHINGTON, DC 20220

Get Updates ⌄

---

Text & Email Updates  ⌄

---

Tracking History  ⌄

---

Product Information  ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Monte Silver, et al.

**Plaintiff(s)**

Case No.: 1:20-cv-01544-CKK

vs.

Internal Revenue Service, et al.

**Defendant**

## AFFIDAVIT OF SERVICE

I, Louis Gerrick, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons in a Civil Action and Complaint

SERVE TO: Charles Rettig, in his official capacity as Commissioner of the Internal Revenue Service

SERVICE ADDRESS: 1111 Constitution Avenue, NW, Washington, DC 20220

METHOD OF SERVICE: Per COVID-19 service of process protocol. By mailing the documents listed herein to Charles Rettig, in his official capacity as Commissioner of the Internal Revenue Service at 1111 Constitution Avenue, NW, Washington, DC 20220 on 06/26/2020 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7018 3090 0000 6834 3271. Service was delivered on 07/06/2020, per USPS.com - USPS Tracking Results attached.

I declare under penalty of perjury that this information is true.

7/20/2020

Executed On



Louis Gerrick

Client Ref Number: N/A
Job #: 1578863

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

Case 1:20-cv-01544-CKK Document 5 Filed 06/22/20 Page 5 of 6
Case 1:20-cv-01544-CKK Document 7 Filed 08/17/20 Page 8 of 12
AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| MONTE SILVER and<br>MONTE SILVER, LTD.,<br>an Israel corporation<br><br>*Plaintiff(s)*<br>v.<br><br>INTERNAL REVENUE SERVICE;<br>UNITED STATES DEPARTMENT OF THE<br>TREASURY; CHARLES RETTIG ; STEVEN<br>MNUCHIN<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 20-cv-1544-CKK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Charles Rettig,
Internal Revenue Service,
1111 Consttitution Ave., NW,
Washington, D.C. 20220

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lawrence Marc Zell
14 Penn Plaza
225 West 34th Street, 9th Floor
New York, New York 10122
E-mail: mzell@fandz.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 06/22/2020      /s/ Mariela Cruz
                                                            *Signature of Clerk or Deputy Clerk*

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE CO...

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70183090000068343271

Remove ✕

Your item was delivered at 3:45 am on July 6, 2020 in WASHINGTON, DC 20220.

## ✓ Delivered

July 6, 2020 at 3:45 am
Delivered
WASHINGTON, DC 20220

Get Updates ∨

---

Text & Email Updates ∨

---

Tracking History ∨

---

Product Information ∨

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Monte Silver, et al.**

                  **Plaintiff(s)**

                                Case No.: 1:20-cv-01544-CKK

                    *vs.*

**Internal Revenue Service, et al.**

                  **Defendant**

### **AFFIDAVIT OF SERVICE**

I, Louis Gerrick, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S):  Summons in a Civil Action and Complaint

SERVE TO:  United States Department of Treasury c/o General Counsel

SERVICE ADDRESS:  1500 Pennsylvania Avenue, NW, Washington, DC 20220

METHOD OF SERVICE:  Per COVID-19 service of process protocol. By mailing the documents listed herein to United States Department of Treasury c/o General Counsel at 1500 Pennsylvania Avenue, NW, Washington, DC 20220 on 06/26/2020 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7018 3090 0000 6834 3264. Service was delivered on 07/06/2020, per USPS.com - USPS Tracking Results attached.

I declare under penalty of perjury that this information is true.

7/20/2020
Executed On



_____
Louis Gerrick

Client Ref Number: N/A
Job #: 1578861

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| | |
|---|---|
| MONTE SILVER and<br>MONTE SILVER, LTD.,<br>an Israel corporation<br><br>*Plaintiff(s)*<br>v.<br><br>INTERNAL REVENUE SERVICE;<br>UNITED STATES DEPARTMENT OF THE<br>TREASURY; CHARLES RETTIG ; STEVEN<br>MNUCHIN<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 20-cv-1544-CKK<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Steven Mnuchin
United States Department of Treasury,
1500 Pennsylvania Ave., NW
Washington, D.C.
20220

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Lawrence Marc Zell
14 Penn Plaza
225 West 34th Street, 9th Floor
New York, New York 10122
E-mail: mzell@fandz.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  06/22/2020          /s/ Mariela Cruz
                   *Signature of Clerk or Deputy Clerk*

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE CO...

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70183090000068343264

Remove ✕

Your item was delivered at 3:45 am on July 6, 2020 in WASHINGTON, DC 20220.

## ✓ Delivered

July 6, 2020 at 3:45 am
Delivered
WASHINGTON, DC 20220

Get Updates ⌄

Feedback

---

Text & Email Updates  ⌄

---

Tracking History  ⌄

---

Product Information  ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.