IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SILVER, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 1:20-cv-1544-CKK |
| | ) |
| INTERNAL REVENUE SERVICE, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## MOTION TO DISMISS

Defendants move to dismiss the complaint under Fed. R. Civ. 12(b)(1) for lack of subject matter jurisdiction. The Court lacks jurisdiction to entertain Plaintiffs' claims under the Regulatory Flexibility Act and the Paperwork Reduction Act. Plaintiffs also lack standing. Moreover, the Anti-Injunction Act bars this suit. Thus, for reasons more fully set forth in the accompanying memorandum, this action should be dismissed with prejudice. A proposed order also accompanies this motion.

//

//

//

1

//

| | |
|---|---|
| DATED:  August 24, 2020 | RICHARD E. ZUCKERMAN<br>Principal Deputy Assistant Attorney General<br><br>*/s/ Joseph A. Sergi*<br>JOSEPH A. SERGI (D.C. Bar No. 480837)<br>Senior Litigation Counsel<br>LAURA M. CONNER (VA Bar No. 40388)<br>NISHANT KUMAR (D.C. Bar No. 1019053)<br>Trial Attorneys<br>Tax Division<br>U.S. Department of Justice<br>Post Office Box 227<br>Washington, DC 20044<br>Tel: (202) 514-2986<br>Fax: (202) 514-6866<br>Nishant.kumar@usdoj.gov<br>Joseph.a.sergi@usdoj.gov<br>Laura.m.conner@usdoj.gov |