**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SILVER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:20-cv-1544-CKK |
| ) | |
| INTERNAL REVENUE SERVICE, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DECLARATION OF JOSEPH A. SERGI**

I, Joseph A. Sergi, pursuant to 28 U.S.C. § 1746, declare and state to the best of my knowledge as follows:

1. I am employed as a Senior Litigation Counsel with the United States Department of Justice, Tax Division in Washington, D.C. I am assigned responsibility for representing the interests of the United States in the above-captioned case. I make this declaration in support of the United States' Motion to Dismiss for Lack of Jurisdiction.

2. The Complaint alleges that Monte Silver, LTD ("Limited") qualifies as a small business under the Regulatory Flexibility Act and maintains a place of business in California. (Doc. 1 ¶¶ 5-7.) Because the Court's jurisdiction to hear Limited's claim under the RFA turns on whether Limited (1) is organized for profit; (2) has a place of business located in the United States; and (3) operates primarily within the United States or makes a significant contribution to the U.S. economy through payment of taxes or use of American products, materials or labor, the undersigned counsel, with the assistance of a Department of Justice librarian, searched for any connection between Limited and the State of California. This information was derived from databases that capture publically available information, or by searching the internet.

1

3. The following records were searched:

- Securities and Exchange Commission Filings
- TLO (TransUnion)
- CLEAR (Thomson Reuters)
- Accurint (LexisNexis)
- Business Records (Westlaw)
- Lexis Public Records
- Company Reports (EBSCOhost)
- Company Investigator (Westlaw)
- MarketLine (formerly Datamonitor) Company Profiles (Lexis)
- GlobalData Company Profiles (Lexis)
- D&B Duns Private Company Insight (Lexis)
- Dun & Bradstreet Market Identifiers (Non-US) (Lexis)
- Duns Market Identifiers Plus (US) (Lexis)
- Dun & Bradstreet Business or Federal Information Reports
- Corporate Affiliations (Lexis)
- Hoover's Company Profiles - Basic Records (Lexis)
- Hoover's Company Records - In-Depth Records (Lexis)
- Company Profiles (Lexis)
- Company & Financial (Lexis)
- California Secretary of State online business search
- Los Angeles County Tax Collector Business License Search

4. As a result of searching the databases in paragraph 3, we were not able to find any results that showed any connection whatsoever to California. In addition, we could find no record of Limited owning property in the state of California. Moreover, the records of the California Secretary of State show no California business registration for Limited.

5. Attached hereto as Exhibit A is a true and correct copy of relevant excerpts from the databases that shows Limited is an Israeli Corporation that does business in Israel. Also, hereto as Exhibit B is a redacted copy of the Form 5471, Information Return of U.S. Persons With Respect to Certain Foreign Corporations, that Plaintiff Monte Silver prepared regarding Limited for 2017. In addition to the redactions required by Local Rule 5.4(f), this exhibit bears additional redactions requested as requested by Plaintiffs' counsel. In light of concerns that Plaintiffs' counsel raised regarding the filing of this same document in another case involving Plaintiffs (No. 19-cv-247 (APM)), Defendants' counsel reached out to Plaintiffs' counsel to give him the opportunity to suggest additional redactions. Plaintiffs' counsel proposed the additional redactions that appear on Form 5471.

6. In addition, I performed a State Bar of California licensee search for Plaintiff Monte Silver and discovered that he lists his address as 2 Shibolet St, Ramat Hasharon 47240, ISRAEL. Attached hereto as Exhibit C is a true and correct copy of an Attorney Licensee Printout for Monte Silver.

7.      Any law firm that practices in California must file a Certificate of Registration with the California State Bar. Cal. Rule 3.152 (Corporations); Rule 3.172 (Partnerships). We have been unable to determine whether Limited has filed this required registration.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 24th day of August in Fort Belvoir, VA.

                                              _____
                                              JOSEPH A. SERGI
                                              Senior Litigation Counsel, Tax Division



Exhibit
A

## D&B Worldbase

## Source Information

| | |
|---|---|
| Coverage Begin Date: | 06/23/2020 |
| Information Current Through: | 06/23/2020 |
| Database Last Updated: | 06/23/2020 |
| Update Frequency: | QUARTERLY |
| Current Date: | 07/14/2020 |
| Source: | Copyright © 2020 by Dun & Bradstreet, Inc. |

## Financial Information

| | |
|---|---|
| Net Worth (US): | NOT AVAILABLE |
| Net Worth (Local): | NOT AVAILABLE |
| Profit (US): | NOT AVAILABLE |
| Profit (Local): | NOT AVAILABLE |

## Sales Information:

| | |
|---|---|
| Annual Sales (US): | NOT AVAILABLE |
| Annual Sales (Local): | NOT AVAILABLE |

## Company Information

| | |
|---|---|
| DUNS: | 60-005-0423 |
| Name: | MONTE SILVER LTD |
| Address: | 2 SHIBOLET RAMAT HASHARON, 4724044 ISRAEL |
| Continent: | MIDDLE EAST |
| Year Started: | 2012 |
| Operating Status: | ACTIVE |

## Employee Information

| | |
|---|---|
| Total Employees: | NOT AVAILABLE |
| Employees Here: | NOT AVAILABLE |

## Company History/Operations/Relationships & Other Information

| | |
|---|---|
| This Company's Specifics: | |
| DUNS: | ▓▓▓-0423 |
| Business Is A: | SINGLE LOCATION |

## Business Description:

| | |
|---|---|
| Line of Business: | NONCLASSIFIABLE ESTABLISHMENTS |
| Primary SIC: | 9999 NONCLASSIFIED ESTABLISHMENT |
| National ID: | ▓▓▓▓00045 |



*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

**End of Document**    © 2020 Thomson Reuters. No claim to original U.S. Government Works.

# *MONTE SILVER LTD;  Worldbase*

January 14, 2020

MONTE SILVER LTD

2 SHIBOLET

RAMAT HASHARON 4724044

ISRAEL

**Other Locations:**
**REGION:** MIDDLE EAST

## Communications

**Other Communications Information:**
**CABLE TELEX:** NNNNANP

## Company Identifiers

**DUNS:** ▮▮▮▮-0423
**NATIONAL:** ▮▮▮0710-Israel Registration Number

## Company Information

**Founded:** 2012
**Legal Status:** Corporation

## Corporate Structure

**ADDRESS:**

## Description

MONTE SILVER LTD;  Worldbase

NONCLASSIFIABLE ESTABLISHMENTS

# Market And Industry

**SIC Codes:**

9999 - Nonclassified establishment



 Worldbase
Copyright 2020  Dun & Bradstreet, Inc

**End of Document**



efile GRAPHIC print - DO NOT PROCESS | ORIGINAL DATA - Production | DLN: 202057169601 78

# Form 5471
(Rev. September 2015)
Department of the Treasury
Internal Revenue Service

## Information Return of U.S. Persons With Respect To Certain Foreign Corporations

► For more information about Form 5471, see www.irs.gov/form5471.

Information furnished for the foreign corporation's annual accounting period (tax year required by section 898) (see instructions) beginning _____ , and ending _____

OMB No. 1545-0704

Attachment Sequence No. 121

**Name of person filing this return**
monte silver

**Number, street, and room or suite no.** (or P.O. box number if mail is not delivered to street address)
[redacted]

**City or town, state, and ZIP code**
[redacted]
47240
IS

**A Identifying number**
[redacted]

**B Category of filer** (See instructions. Check applicable box(es)):
1 (repealed)   2 ☐   3 ☐   4 ☑   5 ☑

**C** Enter the total percentage of the foreign corporation's voting stock you owned at the end of its annual accounting period [redacted]

**Filer's tax year beginning** 01-01-2017 , **and ending** 12-31-2017

**D** Check if any excepted specified foreign financial assets are reported on this form (see instructions) . . . . . . . . . . . . . . . ☐

**E** Person(s) on whose behalf this information return is filed:

| (1) Name | (2) Address | (3) Identifying number | (4) Check applicable box(es) | | |
|---|---|---|---|---|---|
| | | | Shareholder | Officer | Director |
| | | | | | |
| | | | | | |
| | | | | | |

**Important:** Fill in all applicable lines and schedules. All information **must** be in English. All amounts **must** be stated in U.S. dollars unless otherwise indicated.

**1a** Name and address of foreign corporation
monte silverb Ltd
[redacted]
IS

**b(1)** Employer identification number, if any
FOREIGNUS

**b(2)** Reference ID number (see instructions)

_____ for _____

**c** Country under whose laws incorporated
IS

| **d** Date of incorporation [redacted] | **e** Principal place of business IS | **f** Principal business activity code number 541110 | **g** Principal business activity LAW OFFICE | **h** Functional currency israel sheqel |
|---|---|---|---|---|

**2** Provide the following information for the foreign corporation's accounting period stated above.

**a** Name, address, and identifying number of branch office or agent (if any) in the United States

**b** If a U.S. income tax return was filed, enter:

| (i) Taxable income or (loss) | (ii) U.S. income tax paid (after all credits) |
|---|---|
| | |

**c** Name and address of foreign corporation's statutory or resident agent in country of incorporation
taxpayer

**d** Name and address (including corporate department, if applicable) of person (or persons) with custody of the books and records of the foreign corporation, and the location of such books and records, if different
fieg taha cpa
[redacted]

**Exhibit B**

## Schedule A   Stock of the Foreign Corporation

| (a) Description of each class of stock | (b) Number of shares issued and outstanding | |
|---|---|---|
| | (i) Beginning of annual accounting period | (ii) End of annual accounting period |

1/13/2020

Form 5471 (Rev. 09-2015) Page **2**

### Schedule B — U.S. Shareholders of Foreign Corporation (see instructions.)

| (a) Name, address, and identifying number of shareholder | (b) Description of each class of stock held by shareholder **Note:** This description should match the corresponding description entered in Schedule A, column (a). | (c) Number of shares held at beginning of annual accounting period | (d) Number of shares held at end of annual accounting period | (e) Pro rata share of subpart F income (enter as a percentage) |
|---|---|---|---|---|
| ~~(redacted)~~ | ~~Common~~ | ~~100~~ | ~~100~~ | ~~100.00~~ |

### Schedule C — Income Statement (see instructions.)

**Important:** Report all information in functional currency in accordance with U.S. GAAP. Also, report each amount in U.S. dollars translated from functional currency (using GAAP translation rules). However, if the functional currency is the U.S. dollar, complete only the U.S. Dollars column. See instructions for special rules for DASTM corporations.

| | | | Functional Currency | U.S. Dollars |
|---|---|---|---|---|
| **Income** | 1a | Gross receipts or sales | ~~762,02~~ | ~~819,53~~ |
| | 1b | Returns and allowances | | |
| | 1c | Subtract line 1b from line 1a | ~~762,02~~ | ~~819,53~~ |
| | 2 | Cost of goods sold | | |
| | 3 | Gross profit (subtract line 2 from line 1c) | ~~762,02~~ | ~~819,53~~ |
| | 4 | Dividends | | ~~4,265~~ |
| | 5 | Interest | ~~(redacted)~~ | |
| | 6a | Gross rents | | |
| | 6b | Gross royalties and license fees | | |
| | 7 | Net gain or (loss) on sale of capital assets | | |
| | 8 | Other income (attach statement) | ~~(redacted)~~ | ~~(redacted)~~ |
| | 9 | Total income (add lines 3 through 8) | ~~182,60~~ | ~~52,607~~ |
| **Deductions** | 10 | Compensation not deducted elsewhere | | |
| | 11a | Rents | | |
| | 11b | Royalties and license fees | | |
| | 12 | Interest | ~~(redacted)~~ | ~~4,852~~ |
| | 13 | Depreciation not deducted elsewhere | ~~(redacted)~~ | ~~1,852~~ |
| | 14 | Depletion | | |
| | 15 | Taxes (exclude provision for income, war profits, and excess profits taxes) | | |
| | 16 | Other deductions (attach statement-exclude provision for income, war profits, and excess profits taxes) | ~~(redacted)~~ | ~~(redacted)~~ |
| | 17 | Total deductions (add lines 10 through 16) | ~~(redacted)~~ | ~~122,74~~ |
| **Net Income** | 18 | Net income or (loss) before extraordinary items, prior period adjustments, and the provision for income, war profits, and excess profits taxes (subtract line 17 from line 9) | ~~350,57~~ | ~~100,99~~ |
| | 19 | Extraordinary items and prior period adjustments (see instructions) | | |
| | 20 | Provision for income, war profits, and excess profits taxes (see instructions) | ~~83,8~~ | ~~24~~ |
| | 21 | Current year net income or (loss) per books (combine lines 18 through 20) | ~~266,72~~ | ~~76,845~~ |

Form **5471** (Rev. 09-2015)

Form 5471 (Rev. 09-2015) Page **3**

### Schedule E — Income, War Profits, and Excess Profits Taxes Paid or Accrued (See instructions.)

| (a) Name of country or U.S. possession | (b) In foreign currency | (c) Conversion rate | (d) In U.S. dollars |
|---|---|---|---|
| 1 U.S. | | | 24,158 |
| 2 Israel | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | ▶ | 24,158 |
| 8 Total | | | |

### Schedule F — Balance Sheet

**Important:** Report all amounts in U.S. dollars prepared and translated in accordance with U.S. GAAP. See instructions for an exception for DASTM corporations.

| Assets | | (a) Beginning of annual accounting period | (b) End of annual accounting period |
|---|---|---|---|
| 1 Cash | 1 | | 119,235 |
| 2a Trade notes and accounts receivable | 2a | 24,954 | 8,128 |
| b Less allowance for bad debts | 2b | ( ) | ( ) |
| 3 Inventories | 3 | | |
| 4 Other current assets (attach statement) | 4 | 9,802 | 9,555 |
| 5 Loans to shareholders and other related persons | 5 | 101,480 | 116,215 |
| 6 Investment in subsidiaries (attach statement) | 6 | | |
| 7 Other investments (attach statement) | 7 | | |
| 8a Buildings and other depreciable assets | 8a | 49,145 | 51,064 |
| b Less accumulated depreciation | 8b | (27,062) | (37,413) |
| 9a Depletable assets | 9a | | |
| b Less accumulated depletion | 9b | ( ) | ( ) |
| 10 Land (net of any amortization) | 10 | | |
| 11 Intangible assets: | | | |
| a Goodwill | 11a | | |
| b Organization costs | 11b | | |
| c Patents, trademarks, and other intangible assets | 11c | | |
| d Less accumulated amortization for lines 11a, b, and c | 11d | ( ) | ( ) |
| 12 Other assets (attach statement) | 12 | | |
| 13 Total assets | 13 | 166,42 | 266,85 |

| Liabilities and Shareholders' Equity | | | |
|---|---|---|---|
| 14 Accounts payable | 14 | 4,337 | 11,785 |
| 15 Other current liabilities (attach statement) | 15 | | |
| 16 Loans from shareholders and other related persons | 16 | | |
| 17 Other liabilities (attach statement) | 17 | | |
| 18 Capital stock: | 18a | | |
| a Preferred stock | 18b | 28 | 29 |
| b Common stock | 19 | | |
| 19 Paid-in or capital surplus (attach reconciliation) | 20 | 161,06 | 255,074 |
| 20 Retained earnings | 21 | ( ) | ( ) |
| 21 Less cost of treasury stock | 22 | 165,42 | 266,888 |
| 22 Total liabilities and shareholders' equity | | | |

Form **5471** (Rev. 09-2015)

1/13/2020

**Schedule G**    Other Information

| | | Yes | No |
|---|---|---|---|
| 1 | During the tax year, did the foreign corporation own at least a 10% interest, directly or indirectly, in any foreign partnership? | | ✓ |
| | If "Yes," see the instructions for required statement. | | |
| 2 | During the tax year, did the foreign corporation own an interest in any trust? | | ✓ |
| 3 | During the tax year, did the foreign corporation own any foreign entities that were disregarded as entities separate from their owners under Regulations sections 301.7701-2 and 301.7701-3 (see instructions)? | | ✓ |
| | If "Yes," you are generally required to attach Form 8858 for each entity (see instructions). | | |
| 4 | During the tax year, was the foreign corporation a participant in a cost sharing arrangement? | | ✓ |
| 5 | During the tax year, did the foreign corporation become a participant in a cost sharing arrangement? | | ✓ |
| 6 | During the tax year, did the foreign corporation participate in any reportable transaction as defined in Regulations section 1.6011-4? | | ✓ |
| | If "Yes," attach Form(s) 8886 if required by Regulations section 1.6011-4(c)(i)(G). | | |
| 7 | During the tax year, did the foreign corporation pay or accrue any foreign tax that was disqualified for credit under section 901(m)? | | ✓ |
| 8 | During the tax year, did the foreign corporation pay or accrue foreign taxes to which section 909 applies, or treat foreign taxes that were previously suspended under section 909 as no longer suspended? | | ✓ |

**Schedule H**    Current Earnings and Profits (see instructions.)

**Important:** *Enter the amounts on lines 1 through 5c in* **functional** *currency.*

| | | Net Additions | Net Subtractions | | |
|---|---|---|---|---|---|
| 1 | Current year net income or (loss) per foreign books of account | | | 1 | 266,729 |
| 2 | Net adjustments made to line 1 to determine current earnings and profits according to U.S. financial and tax accounting standards (see instructions): | | | | |
| a | Capital gains or losses | | | | |
| b | Depreciation and amortization | | | | |
| c | Depletion | | | | |
| d | Investment or incentive allowance | | | | |
| e | Charges to statutory reserves | | | | |
| f | Inventory adjustments | | | | |
| g | Taxes | | | | |
| h | Other (attach statement) | | | | |
| 3 | Total net additions | | | | |
| 4 | Total net subtractions | | | | |
| 5a | Current earnings and profits (line 1 plus line 3 minus line 4) | | | 5a | ~~266,729~~ |
| b | DASTM gain or (loss) for foreign corporations that use DASTM (see instructions) | | | 5b | |
| c | Combine lines 5a and 5b | | | 5c | ~~266,729~~ |
| d | Current earnings and profits in U.S. dollars (line 5c translated at the appropriate exchange rate as defined in section 989(b) and the related regulations (see instructions)) | | | 5d | ~~76,845~~ |
| | Enter exchange rate used for line 5d ▶ 3.471000000 | | | | |

**Schedule I**    Summary of Shareholder's Income From Foreign Corporation (see instructions)

If item D on page 1 is completed, a separate Schedule I must be filed for each Category 4 or 5 filer for whom reporting is furnished on this Form 5471. This schedule I is being completed for:

Name of U.S. shareholder ▶ monte silver        Identifying number ▶ ~~████~~

1/13/2020

| | |
|---|---|
| 1 | Subpart F income (line 38b, Worksheet A in the instructions) |
| 2 | Earnings invested in U.S. property (line 17, Worksheet B in the instructions) |
| 3 | Previously excluded subpart F income withdrawn from qualified investments (line 6b, Worksheet C in the instructions) |
| 4 | Previously excluded export trade income withdrawn from investment in export trade assets (line 7b, Worksheet D in the instructions) |
| 5 | Factoring income |
| 6 | Total of lines 1 through 5. Enter here and on your income tax return. See instructions |
| 7 | Dividends received (translated at spot rate on payment date under section 989(b)(1)) |
| 8 | Exchange gain or (loss) on a distribution of previously taxed income |

Yes   No

• Was any income of the foreign corporation blocked?           ☐   ☑

• Did any such income become unblocked during the tax year (see section 964(b))?           ☐   ☑
If the answer to either question is "Yes," attach an explanation.

Form **5471** (Rev. 09-2015)

1/13/2020



Exhibit
C

### Monte Silver #171938
License Status: Active

Address: 2 Shibolet St, Ramat Hasharon 47240, ISRAEL
County: Non-California County
Phone Number: 11972544232683
Fax Number: Not Available
Email: Not Available
Law School: Boston Univ SOL; Boston MA

**Below you will find all changes of license status due to both non-disciplinary administrative matters and disciplinary actions.**

| Date | License Status | Discipline | Administrative Action |
|---|---|---|---|
| Present | Active | | |
| 2/2/2010 | Active | | |
| 10/2/1997 | Inactive | | |
| 12/1/1994 | Admitted to The State Bar of California | | |

**Additional Information:**
- Explanation of licensee status
- Explanation of disciplinary system
- Explanation of disciplinary actions
- Copies of official licensee discipline records are available upon request

**CLA Sections:** None

California Lawyers Association (CLA) is an independent organization and is not part of The State Bar of California.

© 2020 The State Bar of California