Case 1:20-cv-01544-CKK   Document 11-1   Filed 09/18/20   Page 1 of 1

| efile GRAPHIC print - DO NOT PROCESS | ORIGINAL DATA - Production | DLN: 20205716960178 |

Form **2555**

Department of the Treasury
Internal Revenue Service

## Foreign Earned Income

▶ Attach to Form 1040. Complete the Foreign Earned Income Tax Worksheet in the Instructions for Form 1040 if you enter an amount on lines 45 or 50.
▶ Information about Form 2555 and its separate instructions is at *www.irs.gov/form2555*.

OMB No. 1545-0074

**2017**
Attachment
Sequence No. 34

### For Use by U.S. Citizens and Resident Aliens Only

| Name shown on Form 1040 | Your social security number |
|---|---|
| MONTE SILVER | 4203 |

**Exhibit 1**

### Part I — General Information

**1** Your foreign address (including country)
2 Shibolet St
Ramat Hasharon     47240
OC

**2** Your occupation
lawyer

**3** Employer's name ▶ Monte Sliver

**4a** Employer's U.S. address ▶

**b** Employer's foreign address ▶ 2 shibolet St
Ramat Hasharon     47240
IS

**5** Employer is (check any that apply): ▶
a ☑ A foreign entity
b ☐ A U.S. company
c ☐ Self
d ☐ A foreign affiliate of a U.S. company
e ☐ Other (specify)

**6a** If you previously filed Form 2555 or Form 2555-EZ, enter the last year you filed the form. ▶

**b** If you didn't previously file Form 2555 or 2555-EZ to claim either of the exclusions, check here ▶ ☐ and go to line 7.

**c** Have you ever revoked either of the exclusions?.

**d** If you answered "Yes," enter the type of exclusion and the tax year for which the revocation was effective. ▶

**7** Of what country are you a citizen/national? ▶

**8a** Did you maintain a separate foreign residence for your family because of adverse living conditions at your tax home? See **Second foreign household** in the instructions .

**b** If "Yes," enter city and country of the separate foreign residence. Also, enter the number of days during your tax year that you maintained a second household at that address. ▶

**9** List your tax home(s) during your tax year and date(s) established. ▶

---

**Next, complete either Part II or Part III. If an item doesn't apply, enter "NA." If you don't give the information asked for, any exclusion or deduction you claim may be disallowed.**

### Part II — Taxpayers Qualifying Under Bona Fide Residence Test (see instructions)

**10** Date bona fide residence began ▶ , and ended ▶

**11** Kind of living quarters in foreign country ▶
a ☑ Purchased house
b ☐ Rented house or apartment
c ☐ Rented room
d ☐ Quarters furnished by employer

**12a** Did any of your family live with you abroad during any part of the tax year? .

**b** If "Yes," who and for what period? ▶

**13a** Have you submitted a statement to the authorities of the foreign country where you claim bona fide residence that you aren't a resident of that country? See instructions   ☐ Yes ☑ No

**b** Are you required to pay income tax to the country where you claim bona fide residence? See instructions .     ☑ Yes ☐ No

**If you answered "Yes" to 13a and "No" to 13b, you don't qualify as a bona fide resident. Don't complete the rest of this part.**

**14** If you were present in the United States or its possessions during the tax year, complete columns (a)-(d) below. **Don't** include the income from column (d) in Part IV, but report it on Form 1040.

| (a) Date arrived in U.S. | (b) Date left U.S. | (c) Number of days in U.S. on business | (d) Income earned in U.S. on business (attach computation) | (a) Date arrived in U.S. | (b) Date left U.S. | (c) Number of days in U.S. on business | (d) Income earned in U.S. on business (attach computation) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**15a** List any contractual terms or other conditions relating to the length of your employment abroad. ▶

**b** Enter the type of visa under which you entered the foreign country. ▶

**c** Did your visa limit the length of your stay or employment in a foreign country? If "Yes," attach explanation .

**d** Did you maintain a home in the United States while living abroad? .