IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SILVER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:20-cv-1544-CKK |
| ) | |
| INTERNAL REVENUE SERVICE, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**SECOND DECLARATION OF JOSEPH A. SERGI**

I, Joseph A. Sergi, pursuant to 28 U.S.C. § 1746, declare and state to the best of my knowledge as follows:

1. I am employed as a Senior Litigation Counsel with the United States Department of Justice, Tax Division in Washington, D.C. I am assigned responsibility for representing the interests of the United States in the above-captioned case. I am familiar with the documents produced by the Treasury and the Internal Revenue Service from its administrative file pertinent to the above captioned case. I make this declaration in support of the Reply in support of the United States Motion to Dismiss.

2. Plaintiffs allege that Plaintiff Monte Silver, LTD, a law firm, filed and applied for an EIN and was issued EIN XX-XXX6635. Plaintiffs further attached, as Exhibit F to its opposition, a form letter sent to "Monte Silver, LTD; YAZAM IP COM; %COLLEEN PANOSKE." Because the issue of whether Monte Silver, LTD. is a business entity organized for profit, with a place of business located in the United States, and which operates primarily within the United States or which makes a significant contribution to the U.S. economy through payment of taxes or use of American products, materials or labor, the undersigned counsel, with

1

the assistance of the Internal Revenue Service ("IRS"), searched for information related to EIN XX-XXX6635 and YAZAM IP COM.

3. Attached as Exhibit D to this declaration are pages printed from www.yazamip.com (https://perma.cc/3Y5A-XBC9 and https://perma.cc/2GVW-6YCS) as captured by the internet archive known as "the Wayback Machine" on January 4, 2013. No substantive screen captures are available prior to 2013 or after 2016.

4. The IRS ran a Master File Search to see if EIN XX-XXX6635 had ever filed or paid tax. The IRS records do not show any returns filed or taxes paid under that EIN number. Attached as Exhibit E is a true and correct copy of a BMF Account Summary screen capture.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 18th day of September in Fort Belvoir, VA.

_____
JOSEPH A. SERGI
Senior Litigation Counsel, Tax Division



- Home
- News
- About Us
  - Who we are
  - Our Clients
  - Core Partners
- What we do
- Privacy
- Contact
- Referral Fee
- Blog



We are a closely-knit network of world-class entities specializing in patent monetization. In 2012 each of our members closed between $10,000,000 and over $100,000,000 in patent purchase deals, brokerage deals, licensing deals, or judgments/settlements with large international corporations.

Our sole mission is to assist patent owners in monetizing their patents, and we do so as your true partners. All the services we provide are success-based. This means that we assume all the risks and significant costs of evaluating and monetizing your patents. You, the patent owner, are not responsible for any costs we incur until you receive money from your patents.

Monte Silver. U.S./Israel attorney, Tech entrepreneur & yazam*IP*.com founder

# Submit Your Patent For Monetization

\* Do you have at least one granted U.S. patent? [Please Select ▾]
Please provide us with the patent number/s

\* Is the above patent part of a portfolio of U.S. or non-U.S. patents or patent applications? [Please Select ▾]
Please provide as much information and attachments as possible, such as number of patents and patent applications, dates patents were filed and granted, the country where filed and the patent numbers

\* Identify the market in which the patent/s applies: [Please Select ▾]
Briefly summarize the specific market your patent/s relate to and summarize the problem your patent seeks to solve. Add attachments if helpful.

\* Do you believe that other companies in the world are using your technology? [Please Select ▾]
Please provide us with any information or attachments which evidence such use.

\* Are you the sole owner of the patent/s? [Please Select ▾]

**Exhibit**
_____
**D**
_____



* Is there other information you would like to share? Please Select
Please provide us with any additional information which you believe is relevant.

* Upload attachments
Choose File  No file chosen    Upload
Your Name *
Your email *
Phone Number
Submit

## Core Partners









## Follow Us



## Newsletter

Get updated by signing up to our Newsletter.

email *
Name *
Signup

Copyright © 2012. All Rights Reserved.

Designed by free-templates.lt.

http://yazamip.com/node/13 — Go — MAR APR JUN — 11 — 2012 2013 2016

8 captures
11 Apr 2013 - 16 Mar 2016

About this capture



- Home
- News
- About Us
  - Who we are
  - Our Clients
  - Core Partners
- What we do
- Privacy
- Contact
- Referral Fee
- Blog

# Founder and Core Partners



Monte Silver, founder of yazam*IP*.com has 20 years extensive business and legal experience between the United States and Israel in areas of technology, patent monetization, law and investments.

Silver's activity in Israeli high-tech started upon his return to Israel in 1998.  As VP Investment Banking at a prominent boutique firm, Silver raised equity for technology startups.  Together with two software veterans, Silver co-founded Sellso, a business-software company. He was responsible for raising 2 financing rounds from Israeli and foreign VCs, and for generating the company's first clients and channels, among them publicly traded U.S. software companies.  Between 2003-2007, Silver served in senior sales and marketing roles in Comverse, Bamboo and Emoze, specializing in selling advanced mobile client- server solutions to mobile operators and carriers. Silver's larger deals included: (a)  direct sales to Global operators such as France Telecom Group, Vodafone, Telia Sonera, Verizon Wireless, ViVo (Brazil) and other major CDMA carriers in the Americas, and (b) OEM sales through Ericsson, Nokia, Qualcomm, Lucent, Nortel and HP.

Prior to 1998 and since 2008, Silver worked and continues to work as an attorney.  He serves the U.S.-related transactional and litigation interests of his clients which include Israel's largest banks and insurance, real estate and technology companies.  Specializing in Federal and state litigation, Silver and his firm have litigated patent infringement and intellectual property cases on a success basis all the way to the U.S. Supreme Court, and have generated hundreds of millions of dollars in rewards for their clients. Silver currently represents numerous Israeli patent holders in high-stakes success-based patent infringement cases. Seeking to provide a complete patent monetization solution to his clients, Silver founded yazam*IP*.com and today serves a wide variety of clients in all aspects of patent monetization.  Silver has brokered a significant number of patent purchase/sale transactions valued at over $20,000,000.

Silver is also a partner in a real estate investment company specializing in multi-family properties in Western USA.  He founded and heads the Israel America Chamber of Commerce real estate division.

Silver lives in Israel, is married to Tal and has two amazing young boys.



Wilan, publicly traded on NASDAQ and with annual revenues in excess of $100,000,000, was established in 1992 to develop and commercialize technology that made low-cost, high-speed wireless networking a reality. In its early years, WiLAN manufactured several generations of proprietary products and its inventions were also used in other products offered by industry. By 2005 WiLAN's inventions were commercialized in millions of wireless networking devices worth many billions of dollars.Realizing the value that its intellectual property brought to industry, in 2006 WiLAN focused its business on protecting and monetizing patented inventions. Today, some of the world's largest technology companies license patents in WiLAN's portfolio.

Building on WiLAN's rich history, it continues to support innovation in a variety of ways across multiple facets of its business:

- Its acquisition program offers IP owners who wish to sell their patents or portfolios an avenue to be fairly compensated for their inventions. This compensation often funds further research and development.
- Its licensing programs provide organizations access to a range of leading innovations that they can incorporate into their current and future products.
- Ongoing investment in research and development work fosters invention in next-generation communications technology.

IPOfferings is a Tier 1 patent brokerage company which helps its clients turn what might otherwise be idle assets into cash and/or

times in this period, exceeding $1+ billion in intellectual property income his last year at the company. Rich is a member of the elite IAM Strategy 250, a list of the world's leading IP strategists. Rich is regularly interviewed by CNN and other leading media companies on developments in patent monetization. As Vice President of IPOfferings, Tom has extensive experience in the buying and selling of intellectual property, technology transfer licensing, patent assertion and litigation settlements. His experience includes all aspects of IP management from the university and inventor aspect to small businesses and major industrial corporations. During his career, he completed hundreds of patent transactions. Prior to joining IPOfferings, Tom was Vice President, Licensing at Honeywell IP Inc., a unit of Allied Signal.



Naomi Assia Law Office is one of the leading high tech and intellectual property law firms in Israel. Since its establishment in 1987, the firm has earned an international reputation for catering to the overall needs of traditional high-tech, biotech, start-up, and venture companies in a wide range of legal matters. The Firm has handled a multitude of intellectual property matters. The Firm offers clients a comprehensive analysis of their problems and objectives, applying our knowledge and experience to find innovative and cost-effective solutions. In this respect, we view ourselves in the same light as many of the companies who seek our advice - solution providers. In addition, we work with external professionals, such as foreign attorneys and local experts in various fields of law, to ensure we provide best services for all our clients' needs, wherever they need them.

Our vision of the firm is a commitment to professionalism and excellence and providing high quality legal services to our clients.

The Firm's expertise goes beyond the private sector to include working with the Chief Scientist of Israel, the Israel Commissioner of Privacy, the Israel Commissioner of Patents, Designs & Trademarks and drafting Israeli government contracts. Our attorneys and technical advisors apply their unique practical understanding of science and the law to the business needs of our clients. We learn easily, respond quickly, and produce comprehensive results efficiently, and with personal attention.



Gladios IP is a division of WiLAN. We help owners of intellectual property generate revenue from their patents. Gladios combines technical, business and legal expertise to develop tailored IP licensing programs — at no cost to the IP owner. Under our partnership model, you may also retain ownership of your IP.

Gladios undertakes the complex and multidisciplinary process of IP licensing on your behalf so you are free to focus on your core business. Its focus is on a select portfolio of high-quality patents, which means you always receive personalized service and your IP licensing program is always our priority.

Gladios IP and its licensing programs are supported by the world-class expertise and solid financial backing of WiLAN — an IP licensing company that has negotiated licenses with some of the world's largest technology companies.

## Core Partners









## Follow Us

9/14/2020 Case 1:20-cv-01544-CKK Document 11-2 Filed 09/18/20 Page 7 of 8



# Newsletter

Get updated by signing up to our Newsletter.

email *
Name *

Signup

Copyright © 2012. All Rights Reserved.

Designed by free-templates.lt.

<10>
