UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONTE SILVER** and **MONTE SILVER, LTD.**, an Israel corporation<br><br>*Plaintiffs*<br><br>v.<br><br>**INTERNAL REVENUE SERVICE; UNITED STATES DEPARTMENT OF THE TREASURY; CHARLES RETTIG**, in his official capacity as Commissioner of the Internal Revenue; and **STEVEN MNUCHIN**, in his official capacity as United States Secretary of the Treasury<br><br>*Defendants* | Civil Action No. 20-cv-1544-CKK<br>MOTION FOR<br>EXTENSION OF TIME |

## **MOTION FOR EXTENSION OF TIME**

Pursuant to this Court's Order dated February 16, 2021 (ECF 12), the parties must file a joint status report ("JSR") within "**five business days** of a resolution of the cross-motions for summary judgment in *Silver I*." (emphasis in original). The Court in *Silver I* issued its Order and Memorandum Opinion on March 28, 2021 (ECF 67). The JSR is currently due on April 2, 2021.

Partly due to the Passover holiday, counsel for Plaintiffs require additional time to confer and consult with counsel for Defendants and to prepare the JSR. Therefore, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiffs respectfully request an extension of time to file the JSR until April 9, 2021.

Counsel for Defendants do not oppose this motion.

/s/ *Lawrence Marc Zell*

_____
Lawrence Marc Zell
(DC Bar # 959437)
**ZELL & ASSOCIATES INTERNATIONAL ADVOCATES LLC**
14 Penn Plaza
225 West 34th Street, 9th Floor
New York, New York 10122
E-mail: mzell@fandz.com

*Counsel for Plaintiffs*