IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SILVER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:20-cv-1544-CKK |
| ) | |
| INTERNAL REVENUE SERVICE, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**JOINT STATUS REPORT**

As requested by the Court, the parties submit this joint status report following the summary judgment ruling in *Silver, et al. v. IRS, et al.*, No. 1:19-cv-247-APM (*Silver I*). In that action, the district court found that plaintiffs lacked constitutional standing. The district court also found that plaintiffs, Monte Silver and Monte Silver, Ltd., failed to state a claim under the Regulatory Flexibility Act because Monte Silver did not qualify as a "small entity for the purposes of the RFA" and because Monte Silver, Ltd., was not directly regulated by the rules being challenged. A copy of the district court's opinion in *Silver I* is attached for the Court's convenience. In light of the court's opinion in *Silver I*, Plaintiffs respectfully request that the Court allow for supplemental briefing on the effect, if any, of the opinion on this action.

//

DATED: April 9, 2021

| | |
|---|---|
| DAVID A. HUBBERT<br>Acting Assistant Attorney General<br><br>*/s/ Nishant Kumar*<br>JOSEPH A. SERGI (DC Bar No. 480837)<br>Senior Litigation Counsel<br>LAURA M. CONNER (VA Bar No. 40388)<br>NISHANT KUMAR (DC Bar No. 1019053)<br>Trial Attorneys<br>Tax Division<br>U.S. Department of Justice<br>Post Office Box 227<br>Washington, DC 20044<br>Tel: (202) 514-2986<br>Fax: (202) 514-6866<br>Nishant.kumar@usdoj.gov<br>Joseph.a.sergi@usdoj.gov<br>Laura.m.conner@usdoj.gov<br><br>*Counsel for Defendants* | */s/ Marc Zell*<br>LAWRENCE MARC ZELL<br>(DC Bar No. 959537)<br>Zell & Associates International Advocates<br>14 Penn Plaza<br>225 West 34th Street, 9th Floor<br>New York, New York 10122<br>E-mail: mzell@fandz.com<br><br>*Counsel for Plaintiffs* |