EXHIBIT A

To Plaintiffs' Supplemental Brief in Opposition to Defendants' Motion to Dismiss

Civil Action No. 1:20-cv-1544 CKK

**EXPLANATORY CHART REGARDING A CFC'S REGULATED STATUS UNDER GILTI**

| 951A. Step one:  Calculating the CFC net income | Comments |
|---|---|
| (a)  GILTI Income. Each United States shareholder of a CFC <u>for any taxable year</u>, shall include in gross income such shareholder's GILTI <u>income</u> for <u>such taxable year.</u> | First, GILTI is an annual tax that requires annual compliance. |
| (b)(1) and (c)2.  GILTI income " is <u>CFC Gross Income</u> less <u>CFC expenses associated with this income,</u> less <u>net deemed tangible income return</u> | To calculate GILTI Income one must know the CFC Gross Income less CFC expenses associated with this income, less net deemed tangible income return |
| (b)(2) "<u>net deemed tangible income return</u>" is 10 percent of qualified business asset investment of each controlled foreign corporation | Net deemed tangible income return is solely a function of the CFC's qualified business asset investment |
| (d)(1) "<u>qualified business asset investment</u>" means, the average of a CFC's aggregate adjusted bases in specified tangible property used in the CFC trade or business | Qualified business asset investment is solely a function of the CFC's  specified tangible property |
| (d)(2)  "<u>specified tangible property</u>" means, tangible property used in the production of CFC income | "Specified tangible property" is solely a function of the CFC tangible property used in the  CFC's  production of income |
| | |
| **Step 2: Allowing the US Shareholder to deduct 50% of the CFC net income** | |
| IRC 250(a)(1). US Shareholder gets to reduce its share of GILTI income by 50% of the CFC GILTI income. | This is solely a function of the CFC GILTI income. |
| | |
| **Step 3. Utilizing the foreign taxes paid by the CFC.** | |
| IRC 960(a).  The domestic corporation is deemed to have paid so much of the CFC  foreign income taxes as are properly attributable to such item of income. | This requires the CFC to engage in highly complex  correlate between the foreign taxes paid and the various items of income |
| IRC 250(d)(1).  Limit on using foreign foreign taxes credit is 80% percent of the product of— (A) such domestic corporation's inclusion percentage, multiplied by (B) <u>the aggregate tested foreign income taxes by the CFC.</u> | The CFC must calculate the aggregate tested foreign income taxes. |
| (d)(3) "<u>tested foreign income taxes</u>" means, the foreign income taxes <u>paid or accrued by such foreign corporation</u> | The aggregate tested foreign income taxes are solely a CFC function. |

EXHIBIT A

To Plaintiffs' Supplemental Brief in Opposition to Defendants' Motion to Dismiss

Civil Action No. 1:20-cv-1544 CKK