# ZELL & ASSOCIATES
## INTERNATIONAL ADVOCATES LLC
AN AFFILIATE OF FANDZ INTERNATIONAL LAW GROUP
International Attorneys & Notaries

8 August 2021

<u>**VIA CM/ECF**</u>

Hon. Colleen Kollar-Kotelly
District Judge
United States District Court for the
  District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:  *Silver v. Internal Revenue Service,* 1:20-cv-01544-CKK

Dear Judge Kollar-Kotelly:

On September 19, 2020, Defendants' motion to dismiss was fully briefed and submitted to the court.  (Docket #11).  On February 16, 2021, the Court stayed the case pending a ruling on a specific issue in a related case.  (Docket #12)

On March 28, 2021, Judge Mehta in the related case issued a ruling which did not address the issue for which the stay was issued.  And in any case, as has been fully briefed, that issue is a matter of fact which should be decided in favor of plaintiffs at this stage.

Given that Plaintiffs and a vast number of similarly situated small businesses are suffering on-going injury, we respectfully request that the Court consider lifting the pending stay and ruling on the motion to dismiss.  If the Court requires, Plaintiffs are prepared to submit a formal motion and proposed order.

                                                            Respectfully,

                                                            /s/

                                                           _____

                                                           L. Marc Zell
                                                           *Counsel for Plaintiffs*

cc(ECF):  Nishant Kumar, Esq., Counsel for Defendants

New York | Washington, D.C. | Toronto | Moscow | Amman

New York Office:  350 Fifth Avenue, 59TH Floor | Empire State Building | New York, NY 10118|
Tel.: (212)-971-1349 | Fax: (212)-253-4030 | mzell@fandz.com