# Exhibit A

## DEMOCRATS ABROAD

Democrats Abroad
P.O. Box 15130
Washington DC 20003
DemocratsAbroad.org

Senator Orrin Hatch, Chairman
Senator Ron Wyden, Ranking Member
Senate Committee on Finance
Attn. Editorial and Document Section
Rm. SD-219, Dirksen Senate Office Building
Washington, DC 20510-6200

April 20, 2018

Dear Chairman Hatch, Ranking Member Wyden, and all Members of the Committee,

**Re: *Senate Finance Committee Hearing to examine Early Impressions of the New Tax Law – Tuesday, April 24, 2018***

Democrats Abroad greatly appreciates this important hearing on the early impressions of the Tax Cuts and Jobs Act (P.L. 115-97) and we respectfully request that you accept this report for inclusion in the hearing record. We join other organizations representing Americans living abroad in our serious concern about the impact that new taxes in the Tax Cuts and Jobs Act will have on non-resident Americans who own businesses abroad.

In 2017 the U.S. Congress included Territorial Taxation for Corporations (TTC) in the group of reforms built into the Tax Cuts and Jobs Act (TCJA). We understand that TTC was implemented in order to help level the international tax playing field for U.S. multinational corporations. Congress also included in the TCJA two new "transition tax" provisions to capture tax on corporate profits long kept out of reach of the U.S. Treasury. These new "transition taxes" are our key concern because they materially threaten the viability of businesses owned by Americans living abroad.

### The TCJA "Transition Taxes"

<u>15.5% Repatriation Tax</u> - imposed on undistributed (and therefore untaxed by the U.S.) business profits from 1986 through 2017. Overseas resident American business owners declare those undistributed business profits on their 2017 personal tax filing. *This is a retroactive imposition of tax that is unrelated to the realization of revenue that might be used to pay the tax.*

<u>GILTI Tax regime</u> – starting in 2018, mandatory declaration of undistributed business profits on the personal tax filings of business owners abroad, *taxed at the highest personal marginal tax rate and without access to two critical offsets afforded corporate owners of businesses abroad: 1) a 50% deduction and 2) credits for taxes already paid on the profits to the business's jurisdiction of incorporation.* Further, as with the Repatriation Tax, *the GILTI tax is imposed on profits where there may be no realization of revenue to use to pay the tax.*

Clearly, TTC was enacted to strengthen U.S. multinational corporations. We believe TTC's "transition tax" provisions were never meant to beleaguer ordinary, hard-working Americans living and owning companies abroad. In truth, the Repatriation Tax and the GILTI Tax regime will have an enormously harmful financial impact on the estimated 1 million non-resident Americans who own businesses abroad.[1]

**Transaction Tax impacts on non-resident Americans who own businesses abroad**

Americans living abroad owning and operating businesses are an exceeding diverse group; they are architects, yoga studio owners, retailers, recruiters, beekeepers, IT professionals, film and television producers, music distributors, advertising agency owners, financial service providers and more.[2] When asked in early 2018 about the impact of the TCJA "transition taxes" on their enterprises expat American owners of businesses in their countries of residence provided the following comments:

> My family and I own a small private property development company based in the UK and operating since 2001. The profits of this company are fully taxed in the UK and **none of the proceeds have been repatriated to the US as they are used for the continuing financing of the business.**
> *Massachusetts voter living in the UK*

> I am a widow, mother of 2 children (ages 16 and 22). My husband was a Canadian glass artist he did not have a pension. I am and have been a self employed graphic designer for many years. I have no pension. **My corporation is just me. It holds my savings which are now being taken away by this tax.**
> *Wisconsin voter living in Canada*

> I operate my company with just myself and my spouse and make minimal profit ($20,000 PA at the most after all UK taxes have been paid) and most recently a loss, none the less I file my US taxes at a cost of $1000 each time and **now I find I might be hit with an extra US tax making my company potentially nonviable.**
> *American living in the UK*

> I run a technology company from Hong Kong with offices in three territories (China, HK and Taiwan). We have 10 employees and are an exceedingly small company who struggle every day to meet bills and grow our company. **But we have big dreams and want to succeed. Don't snuff out small business owners like myself.** We are the past, present and future of American business both at home and abroad.
> *New Jersey voter living in Hong Kong*

---

[1] In 2014 research published by Democrats Abroad approximately 20% of respondents identified themselves as "Self-employed/Business Owner." Given Department of State estimates that 6.5 million voting age Americans live abroad, we estimate that perhaps a million American citizens are impacted by the "transition taxes" in the Tax Cuts and Jobs Act.
[2] See Appendix 1 – Sampling of businesses run by Americans abroad.



DEMOCRATS ABROAD



# DEMOCRATS ABROAD

## 2014 FATCA RESEARCH PROJECT

### September 2014

### DATAPACK

200 S Capitol Street
Washington, DC 20003
Tel: +1 (202) 621-2085
fatca@democratsabroad.org
https://www.democratsabroad.org/group/fbarfatca

**INTRODUCTION**

Between June 18 and July 15, 2014 Democrats Abroad carried out a survey via SurveyMonkey of overseas Americans to examine their experiences related to the Foreign Accounts Tax Compliance Act ("FATCA"). FATCA was passed into law in 2010 and requires US Persons and the foreign financial institutions they bank with to report information annually to the US Internal Revenue Service on their financial accounts.

There were 6,552 responses from Americans abroad voting from all 50 U.S. states and the District of Columbia and living in locations across six continents.

The survey was distributed to the Democrats Abroad global membership and promoted on the Democrats Abroad website, Facebook pages, Democrats Abroad's Twitter handle and other Twitter handles and the websites of organizations of Americans abroad such as the Association of Americans Resident Overseas (AARO) and the Federation of American Women's Clubs Overseas (FAWCO). All responses (data as well as comments) were submitted on an anonymous basis.[1]

---

[1] Dr. Amanda Klekowski von Koppenfels, PhD, who gave guidance on survey design and data analysis, is Lecturer in Migration and Politics at the University of Kent, Brussels and Director of the MA in International Migration, and author of *Migrants or Expatriates? Americans in Europe* (2014, Palgrave Macmillan).