# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTE SILVER, *et al.*,<br>    Plaintiffs<br>    v.<br>INTERNAL REVENUE SERVICE, *et al.*<br>    Defendants. | Civil Action No. 20-1544 (CKK) |

# ORDER
(November 7, 2022)

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED**, that Defendants' [9] Motion to Dismiss is **GRANTED**. It is further

**ORDERED**, that Plaintiffs' [22] Motion to Expedite is **DENIED AS MOOT**. It is further

**ORDERED**, that Plaintiffs' [1] Complaint is **DISMISSED** for lack of jurisdiction.

The Clerk of Court is respectfully directed to close this case.

**This is a final, appealable order**.

Dated: November 7, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　　United States District Judge