# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SILVER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:20-cv-1544-CKK |
| ) | |
| INTERNAL REVENUE SERVICE, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANTS' MOTION TO DISMISS

Defendants move to dismiss the amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of subject-matter jurisdiction and Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim. In support, Defendants submit a memorandum of law, two exhibits, and a proposed order.

Dated: April 21, 2025

*/s/ Moira E. Goodwin*
MOIRA E. GOODWIN (DC Bar No 1780293)
LAURA M. CONNER (VA Bar No 40388)
Trial Attorneys, Tax Division
JOSEPH A. SERGI (DC Bar No 480837)
Senior Litigation Counsel
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
202-514-2986 (phone)
202-514-6866 (fax)
moira.e.goodwin@usdoj.gov
laura.m.conner@usdoj.gov
joseph.a.sergi@usdoj.gov