## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SILVER, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-1544-CKK |
| | ) | |
| INTERNAL REVENUE SERVICE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## DEFENDANTS' MOTION TO DISMISS

Upon consideration of the Defendants' motion to dismiss the amended complaint, as well as any response thereto, and the entire record in this case, the Court hereby **ORDERS** that the Defendants' motion is **GRANTED**. The complaint is hereby **DISMISSED**.

Dated this _____ day of _____, 2025.

_____
HON. COLLEEN KOLLAR-KOTELLY
United States District Judge, D.D.C.